No. 444. WILMOUTH, ADMINISTRATRIX, *v.* SOUTHERN RAILWAY CORP. October 20, 1930. Petition for writ of certiorari to the Supreme Court of Appeals of Virginia denied. *Mr. M. J. Fulton* for petitioner. *Mr. Wirt P. Marks, Jr.,* for respondent.

No. 447. LUCCIONI *v.* UNITED STATES. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Roscoe M. Ewing* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, Mahlon D. Kiefer,* and *Paul D. Miller* for the United States.

No. 452. NATIONAL CITY BANK *v.* PETROGRADSKY MEJDUNARODNY KOMMERCHESKY BANK. October 20, 1930. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. John A. Garver* for petitioner. *Mr. Frederick B. Campbell* for respondent.

No. 456. LAKE WORTH *v.* R. M. GRANT & Co., INC. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Charles D. Gould* for petitioner. *Mr. E. J. L'Engle* for respondent.

No. 457. DUQUESNE STEEL FOUNDRY Co. *v.* COMMISSIONER OF INTERNAL REVENUE. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Wm. S. Moorhead* for